M/D I

## IN THE UNITED STATES DISTRICT COURT FOR
## THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

JOSEPH WILSON #230202
(PRO-SE)
_____
Full name and prison name of
Plaintiff(s)

2007 OCT -4  A 10: 02

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

v.                                    CIVIL ACTION NO. 2:07-CV-891-WKW

GOV. BOB RILEY
COMM. RICHARD ALLEN
ATTORNEY GEN TROY KING
WARDEN HOLT/ BULLOCK CO
BULLOCK MENTAL HEALTH
_____
Name of person(s) who violated your
constitutional rights. (List the names
of all the person.)

(To be supplied by Clerk of U.S. District
Court)

)
)
)
)
)
)
)
)
)
)
)
)

I.    PREVIOUS LAWSUITS

A.    Have you begun other lawsuits in state or federal court dealing with the same or
similar facts involved in this action?  YES ☐  No ☒

B.    Have you begun other lawsuits in state or federal court relating to your
imprisonment?    YES ☒    NO ☐

C.    If your answer to A or B is yes, describe each lawsuit in the space below.  (If there
is more than one lawsuit, describe the additional lawsuits on another piece of paper,
using the same outline.)

1.    Parties to this previous lawsuit:

Plaintiff (s) JOSEPH WILSON #230202 ( PRO-SE )

Defendant(s) WARDEN J.C. GILES / ATTORNEY
GENERAL TROY KING

2.    Court (if federal court, name the district; if state court, name the county)
TALLAPOOSA COUNTY
( ALA - 5TH CIRCUIT )

3. Docket number  3:04 CV — 1157

4. Name of judge to whom case was assigned  U 49 (THOMPSON )
U 57 (WATKENS )

5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending?)  U49 DISMISSED AS TIME BARRED
U57 PENDING BEFORE US SUPREME COURT.

6. Approximate date of filing lawsuit  DEC 2003 / REFILED LATE 2004

7. Approximate date of disposition  U 49 / NOV 2006 (U57 PENDING )

II.  PLACE OF PRESENT CONFINEMENT  BULLOCK CORRECTIONAL FACIL.
HIGHWAY 82 EAST / P.O. BOX 5107 — UNION SPRINGS, ALA. 36089

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED  BULLOCK CF.

III.  NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| NAME | ADDRESS |
|------|---------|
| *1. GOVERNOR BOB RILEY | |
| *2. PRISON COMMISSIONER RICHARD ALLEN | |
| *3. ATTORNEY GENERAL TROY KING | |
| 4. WARDEN HOLT / BULLOCK CF. | |
| 5. BULLOCK MENTAL HEALTH | |
| 6. | |

IV.  THE DATE UPON WHICH SAID VIOLATION OCCURRED  DEC 2003 — AUG
2004 / SEPT 19, 2007 (TO DATE )

V.  STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE:  AMMENDMENT VIII. "... NOR CRUEL OR
UNUSUAL PUNISHMENTS INFLICTED."

As a non-smoker I am incarcerated
with smokers, and I am allergic to
cigarette smoke! I always have been!

***1, 2, 3 sent to attorney general Troy King's Office
11 SOUTH UNION STREET / MONTGOMERY, ALA.
36130 - 0152

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

I HAVE ALWAYS SUFFERED NOSEBLEEDS — DIFFICULTY IN BREATHING — IRRITATED EYES— INFECTED SINUSES/EAR/THROAT FROM EXPOSURE TO 2ND HAND SMOKE.

GROUND TWO: ALABAMA LAW BANS SMOKING IN STATE BUILDINGS BUT THE ADOC DOESN'T ENFORCE THE BAN — EXCEPT AT EASTERLING WHERE IT IS

SUPPORTING FACTS: RIGIDLY ENFORCED! THE ADOC PROFITS FROM SALE OF TOBACCO PRODUCTS SO THE ADOC CHOOSE NOT TO ENFORCE STATE LAW BANNING SMOKING IN STATE BUILDINGS. [SEE ENCLOSED STORE SCRIPS]. THE ADOC ACTUALLY PROMOTES TOBACCO USE AMONG INMATES!

GROUND THREE: CDC/AMA/AMERICAN CANCER SOCIETY HAS DOCUMENTED THE LINK BETWEEN CIGARETTE AND CANCER, AND 2ND HAND

SUPPORTING FACTS: SMOKE IS JUST AS TOXIC! (MANY DISEASES ARE LINKED TO TOBACCO USE!) THERE ARE NO NON-SMOKING DORMS (EXCEPT THE FAITH DORM — WHICH MEANS THE ADOC HAS A RELIGIOUS TEST TO BE PROTECTED FROM 2ND HAND SMOKE!)

✱ AMMENDMENT XIV — EQUAL ENFORCEMENT/EQUAL PROTECTION RIGHTS ARE INHERENT IN THIS FILING!

VI.    STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU.
MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

$160,000,000 JUDGEMENT FOR VIOLATION
* OF AMENDMENT VIII AND FAILURE
TO ENFORCE STATE LAW BANNING
SMOKING IN STATE BUILDINGS — AND
CAUSING UNDUE PAIN AND SUFFERING
TO ME, AND ENDANGERING MY HEALTH.

Signature of plaintiff(s)    (PRIESS)

* (AMENDMENT XIV)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  1 OCTOBER 2007  .
(Date)

Signature of plaintiff(s)

#230202 (PRO-SE)

FACT 1   On this date, OCT 1, 2007, at 7:35 AM,
I entered the Bullock Law Library and asked
for a "legal kit". The black inmate in charge
said he needed to see my "law work". I showed
him these forms, and he said — "NO — THIS ISN'T
FOR ANYTHING NEW — ONLY LAW SUITS YOU ALREADY
HAVE!" I explained to him legal kits were to be
provided on a weekly basis onto any inmate
who asked for them — and he became verbally
abusive, saying he "didn't give a goddamn what
any other Camps did, this was Bullock." At
this point he was shouting at me — and I
told him to lower his voice. [NO OFFICER
WAS PRESENT.] He then said he was through
talking to my "stupid cracker-ass." I left.
[OVER]

FACT TWO        BULLOCK BUSINESS OFFICE

AND WARDEN HOLT HAVE BOTH FAILED

TO RESPOND TO REQUESTS FOR INFORMA

TION/FORMS. THIS IS A VIOLATION OF

MY "DUE PROCESS RIGHTS" — SUPPOSEDLY

JUSTIFIED THAT I AM "MENTALLY ILL"

AND MY PLEADINGS ARE FRIVOLOUS!

[SEE SUPPLEMENTAL PLEADINGS.]

SUPPLEMENTAL PLEADINGS    2 OCT 2007

2 OCT 2007 — I have been informed that I have been ordered for "Mental Health Treatment" here at Bullock Mental Health — and I contend this is based entirely on my religious beliefs in native American Shamanism and in Fairy Wicca. This is a result of an extreme bias in the State of Alabama against any non Christian religions. At 11:30 AM, 2 OCT 2007, I was told to sign a consent form for "Mental Health Counselling / Treatment." I refused. I have documented the prior prejudice and even physical assault (Aug 2004) by "stoning" — here at Bullock, which is why I was transferred. I ask for an additional $ 150,000,000 damages against the same named defendants.    Joseph Nelson

[ 1ST AMMENDMENT VIOLATION ]    2 OCT 2007



JOSEPH WILLIAM #230202
EI-UQA GASTERLING BUILDING
200 WALLACE DRIVE
CLERY AIA 36617
HWY 82 E. / P.O. BOX 5107
UNION SPRINGS, ALA.
36089

OFFICE OF THE CLERK
U.S. MIDDLE DISTRICT COURT
P.O. BOX 711
MONTGOMERY
ALABAMA
36101-0711

MONTGOMERY AL 361
03 OCT 2007 PM 1 T

LEGAL MAIL

# Attachment

## Easterling Correctional Facility
### Population Store List 05/01/07

| NAME | A.I.S.# |
|------|---------|

| AMT JOB | DORM | |
|---------|------|--|
| 103 Fire Balls (40 count) | $2.00 |
| 119 Star Drop Candy (240 count) | $2.40 |
| 132 Baby Ruth Big Bar | $0.99 |
| 134 Hershey Plain | $0.57 |
| 136 Snicker's Almond | $0.57 |
| 137 Milky Way Bar | $0.57 |
| 139 Peppermint Sticks | $0.12 |
| 140 Reese Cups | $0.57 |
| 141 Snickers | $0.57 |
| 150 Graham Crackers | $2.68 |
| 152 Oatmeal Cookies | $0.52 |
| 153 Chocolate Chip Cookies | $0.52 |
| 154 Lemon Cookies | $0.52 |
| 156 Peanut Butter Cookies | $0.52 |
| 157 Vanilla Cookies | $0.52 |
| 163 Vanilla Moon Pies (double) | $0.39 |
| 166 Royal Oatmeal Cakes | $1.00 |
| 170 Heritage Vanilla Wafers (sugar free) | $0.39 |
| 173 Golden Flake Corn Chips | $0.48 |
| 174 Golden Flake Cheese Curls | $0.42 |
| 175 Golden Flake Plain Chips | $0.31 |
| 176 Golden Flake Barbecue Chips | $0.31 |
| 182 Salted Peanuts (4oz.) | $0.99 |
| 185 Cheese Crackers (8 pk box) | $2.04 |
| 189 Saltine Crackers | $0.21 |
| 211 Maruchan Chicken Soup | $0.47 |
| 212 Maruchan Shrimp Soup | $0.47 |
| 213 Maruchan Vegetable Soup | $0.47 |
| 215 Summer Sausage (5 oz.) | $1.47 |
| 220 Squeeze Cheese | $2.69 |
| 225 Hot Sauce | $0.64 |
| 229 Hormel Spam (pouch) | $1.39 |
| 230 Armour Chicken Vienna (pouch) | $1.61 |
| 231 Light Tuna (pouch) | $1.30 |
| 232 Sardines in Oil (pouch) | $1.34 |
| 233 Sardines/hot tomato sauce(pouch) | $1.34 |
| 296 Cool Down Orange (sugar free) | $1.50 |
| 298 Cool Down Peach (sugar free) | $1.50 |
| 299 Swiss Miss Cocoa (sugar free) | $0.26 |
| 300 Nestle's Cocoa Mix | $0.18 |
| 322 Grape Kool-Aid (8Qt Cup) | $4.39 |
| 323 Lemon Kool-Aid (8Qt Cup) | $4.39 |
| 324 Punch Kool-Aid (8Qt Cup) | $4.39 |
| 325 Cherry Kool-Aid (8Qt Cup) | $4.39 |
| 333 Tasters Choice Coffee | $3.38 |
| 334 Tetley Tea Bags | $1.22 |
| 360 Coke | $0.52 |
| 363 Sprite | $0.52 |
| 366 Diet Coke | $0.52 |
| 370 Country Time Lemonade | $0.41 |
| 372 Welch's Grape Drink | $0.41 |
| 373 Welch's Strawberry Drink | $0.41 |
| 401 Colgate Toothpaste | $1.85 |
| 402 Crest Toothpaste | $2.63 |
| 412 Toothbrush Holder With Cap | $0.48 |
| 413 Dental Floss | $1.28 |
| 414 Colgate Toothbrush | $0.90 |
| 417 Mouthwash | $1.80 |
| 421 Polident | $4.05 |
| 422 Poligrip | $3.47 |
| 429 Soap Container | $0.45 |
| 434 Dial Soap (1 bar) | $0.95 |
| 439 Sun Screen SPF 30 | $9.84 |

| | | |
|---|---|---|
| 440 | Chapstick . . . . . . . . . . . . . . . . . . . | $0.75 |
| 442 | Johnson Baby Oil . . . . . . . . . . . . | $2.25 |
| 443 | Mennen Cocoa Butter Lotion . . . . . . . . | $2.82 |
| 444 | Noxzema Cream . . . . . . . . . . . . . | $1.88 |
| 446 | Vaseline Intensive Care . . . . . . . . . . | $2.79 |
| 450 | Coast Soap (3 pack) . . . . . . . . . . . . . | $2.75 |
| 452 | Ivory Bar Soap (3 pack) . . . . . . . . . . | $1.34 |
| 453 | Palmolive Gold Soap (3 pack) . . . . . . . | $1.46 |
| 460 | Barbasol Shaving Cream . . . . . . . . . . | $1.43 |
| 463 | Bic Disposable Razor . . . . . . . . . . . | $1.35 |
| 470 | Mennen Speed Stick Deordorant . . . . . . | $2.51 |
| 471 | Right Guard Stick Deordorant . . . . . . | $2.67 |
| 473 | Sure Roll-On Power Deordorant . . . . . . | $5.00 |
| 501 | Suave Shampoo . . . . . . . . . . . . . . | $1.88 |
| 502 | Blue Magic . . . . . . . . . . . . . . . . | $2.46 |
| 505 | Head & Shoulders Shampoo . . . . . . . . | $5.55 |
| 508 | Sulfer 8 Shampoo . . . . . . . . . . . . . | $3.60 |
| 538 | Two Pocket Combs . . . . . . . . . . . . | $0.57 |
| 544 | Flair Brush . . . . . . . . . . . . . . . . | $2.25 |
| 570 | Acetaminophen (325mg) . . . . . . . . . . | $1.41 |
| 571 | Ibuprofen (200mg) . . . . . . . . . . . . . | $1.70 |
| 572 | Chlorpheniramine (4mg) . . . . . . . . . | $1.46 |
| 574 | Multivitamin . . . . . . . . . . . . . . . | $1.56 |
| 575 | Glucose (15mg) Tablets . . . . . . . . . . | $1.70 |
| 576 | Anacid Tablets . . . . . . . . . . . . . . | $1.58 |
| 578 | Hydrocortisone Cream . . . . . . . . . . | $1.79 |
| 580 | Tolnaftate Powder . . . . . . . . . . . . | $2.78 |
| 584 | Calamine Lotion . . . . . . . . . . . . . | $1.26 |
| 585 | Antibotic Ointment . . . . . . . . . . . . | $2.40 |
| 588 | Hem Prep Cream . . . . . . . . . . . . . | $3.09 |
| 590 | Halls Cough Drops . . . . . . . . . . . . | $0.68 |
| 702 | Dowel Stick (5/16"x36") . . . . . . . . . . | $0.30 |
| 703 | Boat Kit . . . . . . . . . . . . . . . . . | $10.13 |
| 705 | Elmer's Glue (hobby craft only) . . . . . . | $1.19 |
| 710 | Poster Board Paper (white) . . . . . . . . | $0.25 |
| 801 | Typing Paper (100 sheets) . . . . . . . . | $2.48 |
| 802 | Legal Pad (50 sheets) . . . . . . . . . . | $1.01 |
| 803 | Mead Coloring Pencils . . . . . . . . . . | $1.43 |
| 805 | Pencil Sharpener . . . . . . . . . . . . . | $0.53 |
| 806 | Bic Ball Point Pen . . . . . . . . . . . . | $0.38 |
| 807 | Standard/Metric Plastic Ruler . . . . . . . | $0.44 |
| 808 | Postage Stamps . . . . . . . . . . . . . . | $0.39 |
| 809 | Yellow Wooden Pencil (#2 lead) . . . . . . | $0.09 |
| 811 | Long 10" Envelopes (50 count box) . . . . . | $1.05 |
| 812 | Large 10"x13" Envelopes (20 pack) . . . . | $2.09 |
| 826 | Duracell "AA" Batteries (2 pack) . . . . . . | $1.35 |
| 827 | Duracell "AAA" Batteries (2 pack) . . . . . | $2.18 |
| 828 | Koss Headphones . . . . . . . . . . . . . | $9.00 |
| 829 | Sony Walkman Radio (SRF 49) . . . . . . . | $22.50 |
| 830 | Master Padlock . . . . . . . . . . . . . . | $8.63 |
| 835 | Coffee Creamer . . . . . . . . . . . . . . | $0.72 |
| 836 | Sugar . . . . . . . . . . . . . . . . . . . | $0.08 |
| 839 | Sweet N Low . . . . . . . . . . . . . . . | $2.26 |
| 842 | Plastic Coffee Cup . . . . . . . . . . . . | $0.68 |
| 843 | Plastic Drink Cup With Lid (22 oz.) | $0.41 |
| 845 | Gem Nail Clippers . . . . . . . . . . . . | $0.83 |
| 850 | Neck Chains . . . . . . . . . . . . . . . | $1.28 |
| 851 | Shower Shoes (Size 9) . . . . . . . . . | $3.75 |
| 852 | Shower Shoes (Size 10) . . . . . . . . | $3.75 |
| 853 | Shower Shoes (Size 11) . . . . . . . . | $3.75 |
| 854 | Shower Shoes (Size 12) . . . . . . . | $3.75 |
| 855 | Shower Shoes (Size 13) . . . . . . . | $3.75 |
| 856 | Shower Shoes (Size 14) . . . . . . . . | $3.75 |

**Prices are subject to change without notice**

Substitute?          Yes          No

# BULLOCK CORRECTIONAL FACILITY

## Canteen Order Form

Name: _____    Dorm. _____   Bed: _____

AIS# _____    Job: _____

| ID# | Description | ID# | Description | ID# | Description |
|---|---|---|---|---|---|
| 811 | 10 Env. 50 Plain | 175 | Golden Flake Plain | 233 | Sardines – Hot Tomat |
| 131 | 3 Muskateers Bar | 150 | Graham | 633 | Skoal |
| 702 | 5\16 x 36" Dowel St | 322 | Grape Koolaid | 141 | Snickers |
| 570 | Acetaminophen 325mg | 588 | Hemorroidal Cr | 220 | Squeese Cheese |
| 119 | Albert's Ass. Fruit | 170 | Heritage Vanilla Wa | 829 | SRF – 29 Sony Walkman |
| 230 | Armour CH. Vienna | 134 | Hershey Plain | 808 | Stamps .39 |
| 186 | Austin Cheese/CH/CR | 229 | Hormel Spam (pouch) | 501 | Suave Shampoo 15 oz |
| 132 | Baby Ruth Big Bar | 217 | Hormel Vienna 5 oz | 508 | Sulfer 8 Shampoo 6 |
| 443 | Balm Bar Cocoa B LO | 225 | Hot Sauce 6 oz Plast | 215 | Summer Sausage 5 oz |
| 460 | Barbasol Shave Cream | 578 | Hydrocortisone Cr | 473 | Sure Roll On Power |
| 806 | Bic Pen Black Med/P | 571 | Ibuprofen 200 mg | 839 | Sweet N Low |
| 463 | Bic Twin Select 3PK | 210 | Ice Cream | 299 | Swiss Miss Cocoa |
| 192 | Big Texas Cinn Roll | 836 | Ind. Sugar 1'8 oz | 333 | Tasters Choice Inst |
| 502 | Blue Magic | 835 | Ind. Coffee Creamer | 334 | Telley Tea Bags |
| 703 | Boat Kit | 452 | Ivry Bar Soap | 580 | Tolnaftate Power |
| 700 | Book Matches | 442 | Jonson Baby Oil | 627 | Top Tobacco |
| 189 | Bud Best Saltines | 607 | Kool Filter King | 585 | Triple Antibiotic |
| 623 | Bugler Tobacco | 202 | Legal Pads 50 Sh | 182 | Trophy Salt Peanut |
| 190 | Butterhorn Danish | 323 | Lemonade Koolaid | 324 | Tropical Punch K/AI |
| 584 | Calamine Lotion | 231 | Light Tuna Pouch | 153 | Uncle AL' Choc Cookie |
| 300 | Carnation Cocoa Mix | 616 | Marlboro s/pk King | 156 | Uncle AL's Peanut |
| 440 | Chapet Asst | 242 | Maruchan Shrim 12ct | 154 | Uncle AL's Lemon Co |
| 325 | Cherry Koolaid | 213 | Maruchan Veg Soup | 155 | Uncle AL's Oatmeal |
| 450 | Coast Soap (Bath) | 803 | Mead Colored Pencil | 157 | Uncle AL's Vanilla |
| 414 | Colgate Med. Th. Bru | 590 | Menthol Cough Drop | 152 | Uncle AL's VAN. Cook |
| 402 | Crest Toothpaste | 587 | Michonazole Cr Al/W. | 809 | Yellow Loose Pencil |
| 852 | Delx Show Shoe SZ 10 | 137 | Milky Way Bar | 830 | Master Locks & Key |
| 854 | Delx Show Shoe 12 | 576 | Mintox Plus 100 each |  |  |
| 853 | Delx Show Shoe SZ 11 | 163 | Moon Pies Van DBLE |  |  |
| 855 | Delx Show Shoe SZ 13 | 417 | Mouthwash GR AL/FRE |  |  |
| 856 | Delx Show Shoe SZ 14 | 574 | Multivitamin |  |  |
| 851 | Delx Show Shoe Sz 9 | 611 | Newport King |  |  |
| 413 | Dental Floss Was s/ | 444 | Noxema Tube |  |  |
| 602 | Doral Full FL Men 10 | 425 | Orajel |  |  |
| 603 | Doral Full FL Men 100 | 828 | Plastic Headphones |  |  |
| 360 | DRD, Coke | 842 | Plastic Stack Mug |  |  |
| 366 | Drk, Diet Coke | 421 | Polident Tablets |  |  |
| 826 | Dur AA Size | 422 | Poligrip |  |  |
| 827 | Dur AAA Size (2 PK) | 710 | Poster Paper White |  |  |
| 705 | Elmers Glue | 632 | Red Man Scrapp Tob |  |  |
| 364 | Fanta Orange | 807 | Reg Ruler w/Metric |  |  |
| 177 | G/ Flakes Pretzels | 471 | Right Guard Stick |  |  |
| 174 | G/Flakes Cheese Curl | 166 | Royal Oatmeal Cakes |  |  |
| 575 | Glucose Tablets | 232 | Sardines – Oil Pouch |  |  |