TO U.S. DISTRICT COURT

I have submitted an "Informa Pauperis" to the business office and then directly to Warden Holt - with NO RESPONSE! This is a violation of my due process rights with the intent to prevail me from filing this lawsuit!

RECEIVED
2007 OCT -4 A 10:01
DEBRA P. HACKETT, CLERK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

SCANNED

# THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

## AFFIDAVIT IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS

2:07-CV-891-WKW

JOSEPH WILSON #230202 (PRO-SE)

Plaintiff(s)

GOVERNOR BOB RILEY,
COMMISSIONER ALLEN
ATTORNEY GENERAL TROY KING

Defendant(s) WARDEN HOLT (ET AL)

I, JOSEPH WILSON #230202 (PRO-SE) being first duly sworn, depose and say that I am the plaintiff in the above entitled case; that in support of my motion to proceed without being required to pay fees, costs, or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief. I recognize that I may be prosecuted for any false statement which I may make herein.

I further swear that the responses which I have made to questions and instructions below are true.

1. Are you presently employed?   Yes ( )   No (X)

   A. If the answer is YES, state the amount of your salary or wages per month, and give the name and address of your employer. ___X___

   B. If the answer is NO, state the date of last employment and the amount of salary or wages per month, and give the name and address of your employer. 1997 - ALEXANDER CITY TEA SHOP, 201 TALLAPOOSA ST., ALEXANDER CITY, ALA, 35010   $1200 MONTH

2. Have you received within the past twelve months any money from any of the following sources?

   A. Business, profession, or form of self-employment?   Yes ( )   No (X)
   B. Rent payments, interest, or dividends?   Yes ( )   No (X)
   C. Pensions, annuities, or life insurance payments?   Yes ( )   No (X)
   D. Gifts or inheritances?   Yes ( )   No (X)
   E. Any other sources?   Yes ( )   No (X)

   If the answer to any of the above is YES, describe each source of money and state the amount received from each during the past twelve months. ___X___

O R

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___1 OCT 2007___
                    (date)

_Joseph M. Wilson_
Signature of Affiant
#230202 (PRO-SE)

### CERTIFICATE

I hereby certify that the plaintiff herein has the sum of $_____ on account to his credit at the _____ institution where he is confined. I further certify that plaintiff likewise has the following securities to his credit according to the records of said institution: _____
_____
_____

I further certify that he has had the average sum on account at this institution as of the first day of each month of the immediate preceding months [not to exceed six (6) months].

A. $_____ on the first day of _____
B. $_____ on the first day of _____
C. $_____ on the first day of _____
D. $_____ on the first day of _____
E. $_____ on the first day of _____
F. $_____ on the first day of _____

_____
_____

                                          _____
                                          Authorized Officer of Institution

Date:_____

\* BUSINESS OFFICE + WARDEN HOLT REFUSED TO RESPOND TO REQUEST FOR INMATE ACCOUNT INFO TO PROCEED IN FILING THIS LAW SUIT! I do affirm this statement true. _Joseph Wilson_
1 OCT 07

Certificate of Service

I do affirm a copy of the foregoing has been served by U.S. Mail to the following:

— Warden Holt — Bullock C.F.
  Hiway 82 E. / P.O. Box 5107
  Union Springs, Ala. — 36089

and to
— Governor Bob Riley
— Prison Commissioner Richard Allen
— Attorney General Troy King
  11 South Union Street
  Montgomery, Ala. ~~36100~~–
  36130 – 0152

and to
OFFICE OF THE CLERK
U.S. MIDDLE DISTRICT ~~C.~~ COURT
P.O. BOX 711
MONTGOMERY, ALA. 36101–0711

I do affirm these pleadings to be true and correct.

Joseph Wilson
#230202 (PRO-SE)

JOSEPH WILSON #230202
G1-4A BULLOCK GULAG
HIWAY 82 EAST / P.O. BOX 5107
UNION SPRINGS, ALA.
36089

10 OCTOBER 2007