COPY

WILSON V. GOVERNOR BOB RILEY,
COMMISSIONER RICHARD ALLEN, ATTORNEY
GENERAL TROY KING (ET AL) LAWSUIT
(previously filed)

RECEIVED

2007 OCT 11  A 10: 16

DAP. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

JOSEPH WILSON #230XXX
|E1-4A| BULLOCK CF
HEWAY 82 EAST / P.O. BOX 5107
UNION SPRINGS, ALA. 36089

9 OCT 2007
(TUESDAY)

2:07 cv 891-WKW

To Warden Holt.

The Court ran late today, and I
wasn't able to get to D2 classroom for
Ms. Perry's Class until after 1 PM. We were
waiting in the grill "cage" outside D2 dorm,
and a short black officer said we had to
wait inside D2 - on the benches - not to
move. Ms. Perry never showed up.

A white inmate/resident of D2 dorm
was on duty at the door, and heard the
officer's order, as we all did. Two of
the black inmates got up from the bench
(in deliberate disobedience to the ADOC
DIRECT ORDER) and walked back to the
Q/VESTARGA cleanly printed. NO SMOKING
and lit up. The White inmate told them

to put out the cigarettes and return ②
to the bunch. They refused, and the white
inmate motioned for the officer to come
in, and the same officer came in. Instead
of supporting the white inmate, the black
officer countermanded his own order and
berated the white inmate — telling him
to "grow up — people smoke," and left the
dorm. The two black inmates were
laughing at the white inmate and
verbally abusing him. The white inmate
went to the black dorm leader for help —
and the black dorm leader said he
personally gave the black inmates
permission to smoke in the QUIET AREA
[clearly posted NO SMOKING.] I am
informing you of this incident and
logging this into Federal Record
in support of my current lawsuit for
the ADOC refusing to enforce NO smoking
state laws. I do affirm these statements
to be true and correct.

Joseph Wilson
#230202 (PRO-SE)

① DOCUMENT ENCLOSED —
1:30 — 2:30 D2 CLASSROOM PASS    8 OCT 2007

Certificate of Service

I do affirm that a copy of the fore-
going has been served by U.S. MAIL on
this date, 9 OCTOBER 2007, to the following:

WARDEN HOLT / BULLOCK CF
BULLOCK MENTAL HEALTH
HIWAY 82 EAST / P.O. BOX 5107
UNION SPRINGS, ALA. 36089

and to
GOVERNOR BOB RILEY, ATTORNEY GENERAL
TROY KING, COMMISSIONER RICHARD
ALLEN, (C/O ATTORNEY GENERALS OFFICE)
11 SOUTH UNION STREET
MONTGOMERY, ALA. 36130-0152

and to
OFFICE OF THE CLERK
U.S. MIDDLE DISTRICT COURT
MONTGOMERY, ALA. 36101-0711

I do affirm these pleadings to be true
and correct.
                                    Joseph Wilson
                                    #230202
                                    (PRO-SE)
                                        (8 OCT 2007)

JOSEPH WILSON #230202
[EI-4A] BULLOCK CF
HIWAY 82 EAST / P.O. BOX 5107
UNION SPRINGS, ALA.
36089

*****PASS*****

DORM & BED # C-1-4A

NAME Wilson, Joseph

AIS# W/173371

TIME 1:80 2-30m DATE 10/9/07

*Mrs. Perry*

LEGAL MAIL

F-I-4-A

JOSEPH WILSON #230202
WILCOX CT.
WILCOX SPRINGS, ALA.
36069

MONTGOMERY AL 361
16 OCT 2007 PM

361010074 B001

OFFICE OF THE CLERK
U.S. MIDDLE DISTRICT
COURT
P.O. BOX 711
MONTGOMERY
ALABAMA
36101

