IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOSEPH MICHAEL WILSON, #230202, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:07-CV-891-WKW |
| ) | |
| BOB RILEY, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTION**

Upon review of the document filed by the plaintiff on October 11, 2007 (Court Doc. No. 4), which the court construes as a motion for leave to file evidentiary material in support of complaint, and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that the Order and Recommendation entered on October 10, 2007 remain in full force and effect, as the evidentiary material submitted by the plaintiff fails to undermine the validity of the Order and Recommendation.

Done this 15th day of October, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE