IN THE DISTRICT COURT OF THE UNITED STATES FOR THE MIDDLE DISTRICT OF ALABAMA - NORTHERN DIVISION

JOSEPH WILSON #230202 (PLAINTIFF)

V.

BOB RILEY ( ET. AL. (DEFENDANT)

CIVIL ACTION NO.
2:07-CV-891-WKW

RECEIVED 2007 OCT 16 A 10:0? DEBRA P. HACKETT U.S. DISTRICT COURT MIDDLE DISTRICT ALA

OBJECTIONS TO MAGISTRATE JUDGE'S RECOMMENDATIONS OF 10 OCT 2007.

I COME BEFORE THIS HONORABLE COURT WITH THE FOLLOWING OBJECTIONS:

I. "SERIOUS PHYSICAL INJURY". THE HARMFUL EFFECT ON HEALTH BY TOBACCO PRODUCTS IS WELL-DOCUMENTED, AND THE FINDINGS HAVE BEEN INCORPORATED INTO STATE AND FEDERAL LAWS LIMITING EXPOSURE TO SECOND HAND SMOKE IN STATE AND FEDERAL BUILDINGS AND ON MILITARY INSTALLATIONS. THERE IS NO SAFE CIGARETTE - AND NO SAFE LEVEL OF EXPOSURE TO CIGARETTE SMOKE. THIS IS NOT SUBJECT TO DEBATE. EVERY ONE OF THE TOBACCO PRODUCTS SOLD IN THIS COUNTRY - INCLUDING THE ONES SOLD BY THE ADOC CARRY WARNINGS TO THIS EFFECT. THE STATE OF ALABAMA KNOWS THIS: GOVERNOR RILEY HAS PROPOSED CHANGES TO THE STATE INSURANCE PROGRAM TO REFLECT GREATER HEALTH RISK OF SMOKERS. AS CHIEF LAW ENFORCEMENT OFFICER OF THE STATE, TROY KING KNOWS THE LAW BANNING SMOKING IN STATE BUILDINGS, AND

COMMISSIONER RICHARD ALLEN CAME FROM THE ATTORNEY GENERAL'S OFFICE, AND KNOWS THERE IS NO EXCEPTION MADE FOR THE ADOC AS "STATE BUILDINGS" UNDER THIS BAN.

FOR THE RECORD, I HAVE THE HIGHEST REGARD FOR GOVERNOR RILEY, AG KING, AND COMMISSIONER ALLEN. I BELIEVE THAT THEY ARE MEN OF HONOR AND INTEGRITY, AND THEY HAVE MADE GREAT INROADS AGAINST THE "GOOD OL' BOY" - "CULTURE OF CORRUPTION" IN THIS STATE. HOWEVER, HAVING SAID THAT, A GREAT DEAL REMAINS TO BE DONE IN THIS STATE, TO BRING IT INTO THE 21ST CENTURY — AND UNDER THE "ADVERSARIAL SYSTEM OF LAW" OF THE USA — I HAVE A RIGHT TO SEEK REDRESS, WITH JUST CAUSE. I WILL CONCEDE THERE ARE MANY CHANGES GOVERNOR RILEY / COMMISSIONER ALLEN WOULD LIKE TO MAKE BUT FACE THE LIMITATIONS OF FUNDING. IN THIS CASE SETTLEMENT WOULD BE SIMPLE (A) CEASE SELLING TOBACCO PRODUCTS AND THE PROBLEM OF 2ND HAND SMOKE DISAPPEARS. OR (B) SET ASIDE DESIGNATED SMOKING AREAS OUTSIDE OF THE DORMS AND RIGIDLY ENFORCE NO-SMOKING INSIDE THE DORMS! HOWEVER, AT LAST REPORT, THE ADOC IS STILL OVER 400 ADOC OFFICERS SHORT, AND

AND JUDGING FROM THE FAILURE OF ADOC OFFICERS AT BULLOCK TO MONITOR E1 DORM AND CONTROL THE VIOLENT INMATE WHO ATTACKED ME — ENFORCEMENT OF NON-SMOKING LAWS IS PROBABLY NOT POSSIBLE UNDER CURRENT OVER-CROWDED AND UNDERSTAFFED PRISONS OF THE ADOC. PLUS, IT HAS BEEN MY EXPERIENCE HERE AT BULLOCK IN 2004 AND AGAIN IN 2007 — ADOC OFFICERS WON'T ATTEMPT TO INTERVENE IN A FIGHT OR EVEN AN OUTRIGHT ASSAULT.

II. I SEEK A CORRECTION ON PAGE 2 OF MAGISTRATE JUDGE'S RECOMMENDATION: I DID NOT STATE THAT DENIAL OF MY INMATE ACCOUNT INFORMATION (TO FILE IN FORMA PAUPERIS) WAS AN ACTION BECAUSE OF PREJUDICE AGAINST MY WICCAN RELIGION. I ALLEGE THE REFUSAL OF THE BUSINESS OFFICE TO ATTACH INMATE ACCOUNT INFORMATION, AND THE REFUSAL OF THE WARDEN (HOLT) TO ORDER THE BUSINESS OFFICE TO COMPLY WITH "INMATE ACCOUNT INFORMATION" — (AND NOT EVEN RETURNING THE FORMS OR ACKNOWLEDGING HAVING RECEIVED THEM) CONSTITUTES AN EXTREME DENIAL OF MY DUE PROCESS RIGHTS. EVEN IF THE "3 STRIKES" OF 28 U.S.C. §1915

(6)

APPLIES IN THIS FILING (WHICH I DENY) — IT IS NOT THE PEROGATIVE OF THE BUSINESS OFFICE/WARDEN TO MAKE SUCH A DETERMINATION. THIS DECISION LIES IN THE MIDDLE DISTRICT COURT — FOR MAGISTRATE JUDGE CAPPELL TO MAKE A RECOMMENDATION AND JUDGE WATKINS TO ACCEPT OR REJECT SUCH A RECOMMENDATION. THE PEROGATIVE THEN LIES WITH ME TO APPEAL AND ADVERSE RULING, IF I CHOOSE.

[THE DENIAL OF MY DUE PROCESS RIGHTS FITS THE DEFINITION OF PLAIN ERROR/ MANIFEST INJUSTICE.]

* NOW TO ADDRESS THE 3 CASES LISTED.

III. PRIOR CASES DISMISSED IN U.S. MIDDLE DISTRICT COURT — (2004-2005).

(A) "WILSON V. PRYOR" WAS ACTUALLY FILED IN NOV/DEC 2003 FROM KILBY, "HABEAS CORPUS" — BUT FILED ON THE WRONG FORMS AND IN THE WRONG DISTRICT. IT WAS NOT UNTIL FALL, 2004, WHEN THE PLEADINGS WERE REFERRED TO U.S. MIDDLE DISTRICT COURT AND MAGISTRATE JUDGE MCPHERSON INFORMED ME THEY WERE FILED INCORRECTLY. THE HABEAS CORPUS WAS REFILED BY ME AS CV-3:04-1149 AND CV: 3:04-1157 "WILSON V. J.C. GILES." IN NOV, 2006, JUDGE THOMPSON SAID "1149" WAS "TIME BARRED"

AND "11ST" HAS MOVED TO THE U.S. SUPREME COURT AS "WILSON V. GILES" (NO. 07-6858) - (PENDING.) AT NO TIME WERE ANY OF THESE PROCEEDINGS DEEMED "FRIVOLOUS" - "MALICIOUS" OR "NO CAUSE". ~~AT NO TIME~~ THIS CASE CLEARLY DOES NOT FALL UNDER "3 STRIKES".
[AND WHILE "CALIFORNIA FACTORS" WAS GRANTED PREVIOUSLY BY U.S. MIDDLE DISTRICT COURT, IT WAS NEVER USED UNTIL THE U.S. SUPREME COURT FILING (CURRENTLY PENDING) AND ON THIS FILING, "WILSON V. BOB RILEY" NO. 2:07-CV-891(WKW)

(B) "WILSON V. MOORE" WAS ~~DISMISSED~~ AS A SEPARATE SUIT - BUT THE PLEADINGS CONCERNING "CONFLICT OF INTEREST" OF 2003 PROCEEDINGS TRIAL JUDGE TOM YOUNG, JR. AND OUTRIGHT CRIMINAL CONDUCT BY THE 5TH CIRCUIT ~~ATTORNEY GENERAL~~ DISTRICT ATTORNEY'S (CLARK/NORTON/LOCKIES) ~~INCLUDE~~ INCLUDING BRIBERY, BRIBING/INTIMIDATING WITNESSES (ETC.) WHICH CONSTITUTED PROSECUTABLE OFFENSES, BUT INSTEAD THE ATTORNEY GENERAL'S OFFICE ALLOWED THE 3 DA'S TO RESIGN.

(C) THAT BRINGS US TO "WILSON V. 1ST BAPTIST CHURCH". I WAS DENIED ACCESS TO ASPECTS OF THE APPEALS CRITICAL TO FILING, AND JUDGE THOMPSON SAID I LACKED STANDING

TO SUE, EVEN THOUGH I WAS SUED IN**DIVIDUALLY**. WITHOUT EVER BEING DISMISSED AS A DE**FENDANT** — ALA. 5TH CIRCUIT JUDGE RAY MARTIN SIMPLY STOPPED ADDRESSING ME AT ALL IN PROCEEDINGS. THE "STANDING" IN THIS CASE WERE NUMEROUS EXAMPLES OF DENIAL OF DUE PROCESS (PROCEDURAL/SUBSTANTIVE) AS WELL AS WILLFULL VIOLATIONS OF "EQUAL PROTECTION/EQUAL EN**FORCEMENT**" PROTECTIONS OF THE 14TH AMMENDMENT. IT WAS NOW UNTIL JUNE/JULY 2007, THAT I OBTAINED CRITICAL RECORDS RELATING TO THE DECISION/ORDERS/ ACTIONS CARRIED OUT BY JUDGE RAY MARTIN. [ALL OF THESE DOCUMENTS HAVE BEEN ENTERED INTO FEDERAL RECORD — CV-3704-1004 MHT] I will concede at the time of Judge Thompson's decision, I lacked these critical documents.

I say again for the record, Ⓐ and Ⓑ do not fall under the "3 strikes". I need only one exception for this current action to be allowed under "Imminent Prejudice".

IV. "Serious physical injury — I HAVE ALREADY SUSTAINED "SERIOUS PHYSICAL INJURY" [SEE INCIDENT REPORT IN THIS FILING] and the "gang-banger" friends of

the inmate who attacked me made it known they would wait until he is out of isolation (45 DAYS?) and then "finish this — permanently." I have informed Warden Cummins of this as well as Attorney General King, of their CLEAR AND PRESENT DANGER.

CONCLUSION: I am entitled to proceed under "ZAIFORMA TAUTOLOGIES"

BLESSED BE ✡
Joseph Nelson
#230202
14 OCT 2007

JOSEPH (NELSON) #230202
[ PI-4A ] BULLOCK GUAG
AZALAY 82 EAST / P.O. BOX 5107
CUZZOU SPRENGS, ALA. 36089

LEGAL MAIL

OFFICE OF THE CLERK
U.S. MIDDLE DISTRICT
P.O. BOX 711
MONTGOMERY
ALABAMA
36101

Incident Report — 13 OCT 2007
"Physical Violence" 28 U.S.C. §1915(G)
[9:30 PM - 13 OCT 2007]

At about 4PM, 13 OCT 2007 — a black inmate who sleeps on the center aisle [E1-28B] came over and told me I'd better not open the window (next to my bunk) without his permission. I explained to him that I couldn't breathe from the 2nd hand smoke and he became very belligerent — saying I better shut my mouth or he "would shut it for me." He then said he thought he would "teach me some respect" and he would "just beat hell out of me," to prove he meant what he said. I went to the grill gate to report this threat — but the gate was locked and there wasn't any officer on duty — so I went to the window to motion for one of the officers — next this same inmate attacked me from behind — dragging me away from the window and beating me on the head and face. I went back to the window — and he dragged me back again — continuing to beat me. [I AM A PRIEST OF THE WICCAN CHURCH AND I AM TOTALLY NON-VIOLENT — SO I WOULD NOT FIGHT BACK OUT OF MY RELIGIOUS BELIEFS.] I got to the window a 3rd time and again he dragged me back, this time beating me to the floor and kicking me until I was unconscious. This was a serious

and unprovoked attack to prevent me from seeking help from the ADOC Officers — first by reporting the threats and then by stopping me from repelling the assault by this inmate. I have no disciplinaries and no citations. I am quite sure this inmate has a history of violence. I am still bleeding from the cut on my face, where there should have been stitches. The nurses used tape only, and I have a broken 2nd left finger, and one or more broken short ribs, left lower back where I was kicked. My vision is blurred and I have a "humming sound" — so I'm sure I have a concussion.

The ADOC Officers never responded until I came around and made my way into the hall, bleeding profusely from my nose/face on my shirt/pants/floor. I was first taken to the infirmary — and then the Sergeant (black) on duty put me on lock up for fighting! I protested that I wasn't fighting I was attacked. The Sergeant corroborated my story that I wasn't fighting — and I was returned to E1-4A, and told it would be Monday before I could see a doctor — almost a full week with no X-rays, no checking for concussion — and I was still bleeding.

Because of the total lack of concern by ADOC Officers to (A) evidence what happened in E1 Dorm (B) nothing was

effort to put me in lock-down when clearly I was a VICTIM. I can only conclude this inmate was acting on directory from Bullock ADOC officers to "discourage me" from pursuing this litigation.

I had already filed a protest on my return to Bullock after a "stoning" incident in August 2004 when I was transferred to Ventress on an emergency basis. Obviously, I am not safe here in this camp, as I feared.

* I am asking for additional ADOC/MEDICAL records of this 13 OCT 07 incident be produced for Federal Records.

** I am making a formal demand to the Attorney General's Office to pursue "FELONY ASSAULT CHARGES" against the inmate who attacked me and apply HABITUAL OFFENDER SENTENCING GUIDELINES (if appropriate).

I do affirm these statements to be true and correct.

Joseph Wilbern
#230202 (PRO-SE)
13 OCT 2007

14 OCT 07 "SUPPLEMENTAL"

My third left finger is badly broken and it was unclear why, when I was beaten unconscious and kicked by this inmate — he took the steel game table leg and slammed it down on my hand.

(OVER)

This was told to me by another inmate who "didn't want to get involved." I repeat my demand that this inmate be charged with "FELONY ASSAULT" as a "HABITUAL OFFENDER."

Joseph Wilson
#230202    B1-4A
(TRO-SG)    14 OCT 07

1) EVIDENCE ENCLOSED TO U.S. MIDDLE DISTRICT COURT — ENVELOPE SOAKED WITH MY BLOOD THAT WAS IN MY SHIRT POCKET AT THE TIME OF ATTACK.

2:07cv891-WKW

EVIDENCE ENCLOSED

This envelope was in my pocket - stained with my blood as a result of this unprovoked physical assault 4PM — 13 OCT 2007 — 61 DORAN