IN THE DISTRICT COURT OF THE UNITED STATES FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

JOSEPH MICHAEL WILSON
#230202
(PLAINTIFF)

CIVIL ACTION NO.
2:07-CV-891-
(WKW)

V

BOB RILEY (ET. AL.)
~~DEFENDANT~~
(DEFENDANTS)

RECEIVED 2007 OCT 16 A 10:05 DEBRA P. HACKETT U.S. DISTRICT COURT MIDDLE DISTRICT ALA

MOTION FOR PRODUCTION OF DOCUMENTS IN SUPPORT OF FILED OBJECTION TO MAGISTRATE JUDGE'S RECOMMENDATION (10 OCT 2007). I SUBMIT A MOTION FOR THIS HONORABLE COURT FOR THE PRODUCTION OF THE FOLLOWING: [PURSUANT TO RULE U.S.C § 1915 (G)]. I ASK THE COURT TO MAKE SPECIAL NOTATION THAT THESE DOCUMENTS/DATA ARE ON FILE WITH THE ADOC (UNDER DEFENDANT RICHARD ALLEN), THE STATE ATTORNEY GENERAL'S OFFICE/GOVERNOR'S OFFICE (UNDER DEFENDANTS TROY KING/BOB RILEY) AND THE FEDERAL/ARMED FORCES GUIDELINES ARE PART OF THE RECORDS OF THE UNITED STATES GOVERNMENT - OF WHICH THE UNITED STATES MIDDLE DISTRICT COURT IS A PART, UNDER THE CONSTITUTION OF THE UNITED STATES, DEFINING THE FEDERAL JUDICIARY.

I. COMPLETE AND UNEDITED FILE OF INMATE JOSEPH WILSON #230202

(CURRENTLY INCARCERATED AT BULLOCK C.F.) WHICH SHOULD INCLUDE DATA FROM FEB/MAR 2007 FROM BULLOCK WHEN I WAS TREATED FOR STAPH INFECTION ON MY NECK AND LEG, AND CLEARED BY BULLOCK MENTAL HEALTH PSYCHIATRIC STAFF.

II. LETTERS/RECORDS/ORDERS - ORIGINALS FROM TALLAPOOSA COUNTY BY 5TH CIRCUIT JUDGES TOM YOUNG, JR., RAY MARTIN, HOWARD BRYAN AND/OR TOM RADNEY, CURRENT OR FORMER DISTRICT ATTORNEYS, (OTHERS) FROM THE 5TH CIRCUIT ORDERING/REQUESTING EASTERLING/BULLOCK MENTAL HEALTH SERVICES TO "EVALUATE ME" FOR ANY FORM OF MENTAL ILLNESS, BEFORE OR AFTER I WAS CLEARED BY BULLOCK MENTAL HEALTH IN FEB/MAR 2007.

III. ANY LETTERS/REPORTS/RECOMMENDATIONS FROM EASTERLING WARDENS BOYD/ MOSLEY/DAVENPORT RECOMMENDING MENTAL HEALTH SERVICES/TRANSFER TO BULLOCK — (BASED ON "MENTAL ILLNESS" OR NEGATIVE BEHAVIOR).

IV. ANY WRITTEN REPORTS BY EASTERLING ADOC OFFICERS/MENTAL HEALTH PERSONNEL THAT PROVIDED A BASIS TO TRANSFER ME TO BULLOCK (SEPT. 2007).

V. A COPY OF THE LAW BANNING SMOKING IN ALL FEDERAL BUILDINGS AND SUPPORTING

MEDICAL/SCIENTIFIC DATA THAT SUPPORTS THE DANGERS OF 2ND HAND SMOKE.

VII. A COPY OF PROPOSALS BY GOVERNOR BOB RILEY TO CHANGE THE STATE OF ALABAMA INSURANCE PROGRAM TO REFLECT THE NEGATIVE EFFECTS ON HEALTH BY SMOKERS/2ND HAND SMOKE, AND SUPPORTING DATA.

VIII. A COPY OF THE BILL PASSED BY THE STATE OF ALABAMA (2007 SESSION) HOUSE OF REPRESENTATIVES BANNING SMOKING IN ALL PUBLIC PLACES AND SUPPORTING DATA. [THIS BILL WAS NEVER TAKEN UP BY THE STATE SENATE.]

IX. A COPY OF THE GUIDELINES (AND SUPPORTING DATA) USED BY THE UNITED STATES MILITARY (ALL BRANCHES OF SERVICE) RESTRICTING SMOKING/2ND HAND SMOKE DANGERS.

X. ADOC/MEDICAL REPORTS ON ME BEING ASSAULTED (13 OCT 2007)[RELATING TO 28 U.S.C. §1915(G)] "SERIOUS PHYSICAL INJURY".

Joseph Nelson
#230202
E1-4A (DORM-5G)
14 OCT 2007

Certificate of Service

I do affirm that a copy of the foregoing has been sent by U.S. Mail on this date to the following:

Warden Holt / Bullock CF
Bullock Mental Health
Hiway 82 East / P.O. Box 5107
Union Springs, Alabama 36089

and to:

Governor Bob Riley, Attorney General Troy King, Commissioner Richard Allen (C/o Attorney General Office,
11 South Union Street, Montgomery,
Alabama, 36101-0711

and to:

Office of the Clerk
U.S. Middle District Court
P.O. Box 711
Montgomery, Ala. 36101-0711

I do affirm these pleadings to be true and correct.

Joseph Wilson
#230202
(PRO-SE)
(13 OCT 2007)

JOSEPH WILSON
#230202   [B1-4A]
~~Dormitory~~ Bullock CF
Hiway 82 East / P.O. Box 5107
Union Springs, Ala. 36089



JOSEPH (nelson #230202
PI-4A BULLOCK CO JAIL
HWY 82 EAST / P.O. BOX 5107
UNION SPRINGS, ALA. 36089

LEGAL MAIL

OFFICE OF THE CLERK
U.S. MIDDLE DISTRICT
P.O. BOX 711
MONTGOMERY
ALABAMA
36101