IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOSEPH MICHAEL WILSON, AIS #230202, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL ACTION NO. 2:07-CV-891-WKW ) |
| BOB RILEY, et al., | ) ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for production of documents filed by the plaintiff on October 16, 2007 (Court Doc. No. 7), and as the documents sought by the plaintiff are irrelevant to the 28 U.S.C. § 1915(g) determination made by this court, it is

ORDERED that this motion be and is hereby DENIED.

Done this 17th day of October, 2007.

                                  /s/ Wallace Capel, Jr.
                                WALLACE CAPEL, JR.
                                UNITED STATES MAGISTRATE JUDGE